JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TODD D. SNOW, | ) | Case No.  11-00850 JGB (AN) |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN J. GRONDOLSKY, et al., | ) | |
| Respondents. | ) | |
| | ) | |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed with prejudice for the reasons set forth in the Court's related Order.

Dated: February 21, 2013

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE